UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br><br>**v.**<br><br>**ALEJANDRO RIVERA-GUZMAN,**<br>**Defendant.** | Criminal No. 16-644 (ADC) |

## ORDER DIRECTING MDC GUAYNABO TO PRODUCE CONTENT OF INMATE CALLS

Having received and considered the Government's motion for an Order to Produce Inmate Calls from MDC Guaynabo, the Court finds that the content of non-attorney phone calls is exempt from the general prohibition of interception of wire communication pursuant to 18 U.S.C. §2511(2)(c) and that no reasonable expectation of privacy exists in connection with non-privileged recorded inmate conversations.

The Court further finds that because the content of the phone calls may compromise past and ongoing criminal investigations, this order shall be issued under seal. Notwithstanding the issuance of this order under seal, the contents of the communication shall be disclosed by the United States to the extent that the content of these communications may be discoverable in any present or future criminal proceedings.

IT IS, THEREFORE, ORDERED that MDC Guaynabo provide the United States with copies of the contents of non-attorney calls for Alejandro Rivera-Guzman, Inmate No. 49611-069 from October 8, 2016 through the present, and that this order shall be kept under seal until further order from the Court.

IT IS SO ORDERED.

This 16th day of February 2017 in San Juan, Puerto Rico.

S/Aida M. Delgado-Colón  
Chief U.S. District Judge